

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

September 30, 2021

**By ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/2021

Re:   *United States v. Victor Miguel Hernandez Ramirez*, 21 Cr. 578 (VEC)

Dear Judge Caproni:

On or about September 20, 2021, a Grand Jury sitting in this District returned the instant indictment against the above-referenced defendant, which charges him with two counts of conspiring to distribute and possess with intent to distribute controlled substances, in violation of 21 U.S.C. § 846.  (*See* ECF No. 2.)

The Government writes respectfully to inform the Court that law enforcement arrested the defendant on the above charges in the Southern District of Florida on or about September 27, 2021, and that, pursuant to the current court procedures employed in that District, the defendant was presented before a United States Magistrate Judge on September 29, 2021; appointed counsel pursuant to the Criminal Justice Act; and released on certain bail conditions.

The Government respectfully requests that the Court schedule an initial appearance in this matter to be held in approximately two weeks at a date and time convenient for the Court, which the Government will communicate to the defendant's current counsel.  Based on its communications with counsel, the Government understands that the defendant will either seek to retain new counsel or require the appointment of counsel prior to his appearance in this District, and the additional time will facilitate efforts toward those ends.

Out of an abundance of caution, the Government further requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(E) and 3161(h)(7)(A), between today and the date of any initial appearance, in order to allow the defendant to travel to the Southern District of New York, if necessary, and to retain or be appointed counsel in this District.  The

Government has conferred with counsel appointed for the defendant in the Southern District of Florida, Valentin Rodriguez, Esq., who has no objection to the exclusion of time.

                Respectfully submitted,

                AUDREY STRAUSS
                United States Attorney
                Southern District of New York

By:              /s/
                Jarrod L. Schaeffer
                Assistant United States Attorney
                Tel: (212) 637-2270

cc:    Valentin Rodriguez, Esq.  (via Email)
       Law Offices of Valentin Rodriguez, P.A.
       2465 Mercer Avenue, Suite 301
       West Palm Beach, FL 33401
       defend@bellsouth.net

---

Application GRANTED. Mr. Ramirez's initial appearance is scheduled for **October 20, 2021 at 12:00 p.m.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

Time is excluded for the period between September 30, 2021 and October 21, 2021 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial for the reasons stated by the Government.

---

SO ORDERED.

*Valerie Caproni*     9/30/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE