USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                              :
:
           -against-                              :      21-CR-578 (VEC)
:
:      <u>ORDER</u>
VICTOR MIGUEL HERNANDEZ RAMIREZ,              :
:
           Defendant.                         :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on October 20, 2021, Defendant was arraigned by the undersigned;

    IT IS HEREBY ORDERED that CJA Attorney, Antonia Apps, is appointed to represent Mr. Hernandez Ramirez.

    IT IS FURTHER ORDERED that Mr. Hernandez Ramirez's bail conditions are modified as follows:

1. Mr. Ramirez's travel is restricted to the Southern District of New York and the Eastern District of New York; he may not travel to Florida without the Court's permission.

2. Mr. Ramirez may use the Internet but is not allowed (a) to visit any websites involved in this case; (b) to buy or sell any pharmaceutical products; or (c) to use Skype.

3. Mr. Ramirez, who has already surrendered his passport and other travel documents, is not permitted to apply for a new passport.

    IT IS FURTHER ORDERED that the parties must appear before the Court for a status conference on **November 3, 2021, at 10:30 a.m.**, in **Courtroom 443** of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.  Members of the public may attend

the conference by dialing (888) 363-4749, using the access code 3121171, and the security code 0578. Any recording of the hearing is strictly prohibited.

The parties are reminded that, per the SDNY COVID-19 Courthouse Entry Program, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the enclosed instructions. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers promptly if you or your client do not meet the requirements.

IT IS FURTHER ORDERED that time is excluded for the period between October 20, 2021 and November 3, 2021 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), so that Mr. Hernandez Ramirez has time to meet with and adequately consult with counsel; the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

**SO ORDERED.**

**Date:  October 20, 2021**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.