USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                                            :
:
      -against-                                              :  21-CR-578 (VEC)
:
:  ORDER
VICTOR MIGUEL HERNANDEZ RAMIREZ,                                     :
:
                     Defendant.                     :
:
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on November 3, 2021, Defendant appeared for a status conference;

      IT IS HEREBY ORDERED that a status conference is scheduled for **February 28, 2022 at 2:30 p.m.** in Courtroom 443 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

      The parties are reminded that, per the SDNY COVID-19 Courthouse Entry Program, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the enclosed instructions. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers promptly if you or your client do not meet the requirements.

      IT IS FURTHER ORDERED that time is excluded for the period between November 3, 2021, and February 28, 2022 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) (A), as the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial given the complexity of the case, the volume of discovery, and the logistical difficulties caused by COVID-19.

**SO ORDERED.**

Date:  November 3, 2021
      New York, NY

                                        **VALERIE CAPRONI**
                                        **United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.