Case 1:21-cr-00578-VEC   Document 15   Filed 11/03/21   Page 1 of 2



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

November 3, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2021

**By ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. Victor Miguel Hernandez Ramirez*, 21 Cr. 578 (VEC)

Dear Judge Caproni:

    The Government respectfully submits this letter to request that the Court enter an order setting forth all of the defendant's current conditions of release, so that the Clerk's Office in this District may issue a new bond to be re-executed by the defendant.[1]

    The defendant in this case, Victor Miguel Hernandez Ramirez, was arrested in the Southern District of Florida on or about September 27, 2021. On or about September 29, 2021, he was ordered released by the Honorable Lurana S. Snow, United States Magistrate Judge for the Southern District of Florida pursuant to certain bail conditions. (*See* ECF Nos. 7, 9.)

    At the defendant's initial appearance today, the Court reaffirmed that the defendant would remain released on the following modified conditions:

1. Mr. Ramirez shall sign a bond in the amount of $250,000.00, which shall be co-signed by two sureties within two weeks of the date of this Order;

2. Mr. Ramirez shall not possess any controlled substance;

3. Mr. Ramirez shall not possess any firearm or destructive device;

4. Mr. Ramirez shall remain subject to the supervision of Pretrial Services as directed;

---

[1] Although the Court set forth the defendant's bail conditions on the record at today's proceeding and in its subsequent order modifying certain conditions (*see* ECF No. 12), the Government understands that the Clerk's Office is unable to issue a new bond without an order setting forth all release conditions.

5. Mr. Ramirez shall remain subject to home detention enforced by GPS monitoring;

6. Mr. Ramirez's travel is restricted to the Southern District of New York and the Eastern District of New York; he may not travel to Florida without the Court's permission;

7. Mr. Ramirez may use the Internet but is not allowed (a) to visit any websites involved in this case; (b) to buy or sell any pharmaceutical products; or (c) to use Skype; and

8. Mr. Ramirez, who has already surrendered his passport and other travel documents, is not permitted to apply for a new passport.

Accordingly, the Government respectfully requests that the Court endorse this letter and reaffirm the above conditions, so that the Clerk's Office may prepare a new bond. The Government has conferred with counsel appointed for the defendant, Antonia Apps, Esq., who consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: *Jarrod L. Schaeffer*
   Jarrod Schaeffer
   Assistant United States Attorney
   Tel: (212) 637-2270

cc:   Counsel of Record (via ECF)

Application GRANTED. The Clerk of Court is respectfully directed to issue a new bond for Mr. Hernandez Ramirez with the bail conditions set forth here.

SO ORDERED.

*[signature]*   11/3/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE