```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

UNITED STATES OF AMERICA

        -against-                    21-CR-578 (VEC)

                                  ORDER

VICTOR MIGUEL HERNANDEZ RAMIREZ,
                           Defendant.

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on July 18, 2022, the parties appeared for a change-of-plea hearing, during which Defendant entered a plea of guilty;

       IT IS HEREBY ORDERED that sentencing will be held on **Monday, November 14, 2022 at 10:30 A.M.**  The proceeding will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

       IT IS FURTHER ORDERED that sentencing submissions are due by no later than **October 31, 2022**.

**SO ORDERED.**

Date:  July 18, 2022                               _____
        New York, NY                             **VALERIE CAPRONI**
                                                      **United States District Judge**