USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                              :

UNITED STATES OF AMERICA
                                              :   21 Cr. 578-1 (VEC)

    -against-                                :   <u>ORDER</u>
                                              :

Victor Miguel Hernandez Ramirez
                                              :

       Defendant
                                              :
--------------------------------------X

VALERIE E. CAPRONI, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to allow Pretrial Services to remove his GPS monitor on January 3, 2023, the day before he is scheduled to surrender to serve his sentence.

    Dated: New York, New York
          December 29, 2022

                                          SO ORDERED:

                                          _____
                                          VALERIE E. CAPRONI
                                          United States District Judge