USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/5/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA            :     **FINAL ORDER OF**
:     **FORFEITURE**
-v.-                                :
:     21 Cr. 578 (VEC)
VICTOR MIGUEL HERNANDEZ RAMIREZ,    :
:
*Defendant*.                   :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, on or about November 15, 2022, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (Doc. No. 38) (the "Preliminary Order of Forfeiture"), which ordered the forfeiture to the United States of all right, title and interest of VICTOR MIGUEL HERNANDEZ RAMIREZ (the "Defendant") in, *inter alia*, the following property:[1]

a) a sum of cash in the amount of $19,380 in United State currency seized from the Defendant pursuant to a warrant on September 27, 2021; and

b) a sum of cryptocurrency seized from Binance Account ID 75394206 on or about September 28, 2021, pursuant to a warrant, specifically:

   i.   17.892491 Monero
   ii.  0.34010634 Bitcoin
   iii. 1.99600452 Ethereum
   iv.  10, 965.462423 Tether
   v.   74,088.263376 Tron

(a. and b. together, the "Specific Property");

---

[1] The Preliminary Order of Forfeiture also included five electronic devices which are pending judicial forfeiture, and a sum of cryptocurrency seized from the Defendant on September 27, 2021, specifically 0.1224179 Bitcoin, which has been administratively forfeited.

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on January 24, 2023, for thirty (30) consecutive days, through February 22, 2023, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on April 3, 2023 (Doc. No. 41);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2).

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).


Dated: New York, New York
       April 5, 2023

                                            SO ORDERED:

                                            _____
                                            HONORABLE VALERIE E. CAPRONI
                                            UNITED STATES DISTRICT JUDGE