USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

VICTOR MIGUEL HERNANDEZ RAMIREZ,

Defendant.

------------------------------------------------------------------X

21-CR-578 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 10, 2026, Mr. Hernandez moved for early termination of his supervised release pursuant to 18 U.S.C. § 3583(e)(1); and

WHEREAS Mr. Hernandez's motion references a number of exhibits, none of which are filed.

IT IS HEREBY ORDERED that Mr. Hernandez must file the referenced exhibits **no later than Friday, July 24, 2026.**

IT IS FURTHER ORDERED that Probation must provide its position on Mr. Hernandez's request **no later than Friday, July 31, 2026**.

**SO ORDERED.**

**Date: July 16, 2026**
**New York, NY**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**