USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

VICTOR MIGUEL HERNANDEZ RAMIREZ,

Defendant.

-----------------------------------------------------------------X

21-CR-578 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 10, 2026, Mr. Hernandez moved for early termination of his supervised release pursuant to 18 U.S.C. § 3583(e)(1);

WHEREAS Mr. Hernandez's motion references a number of exhibits, which the Court's prior order mistakenly said had not been filed, Dkt. 51; and

WHEREAS the exhibits were located and the docket will be updated accordingly.

IT IS HEREBY ORDERED that Mr. Hernandez need not file anything further. Probation still must provide its position on Mr. Hernandez's request **no later than Friday, July 31, 2026**.

**SO ORDERED.**

**Date: July 24, 2026**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**