UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/3/2026

------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

VICTOR MIGUEL HERNANDEZ RAMIREZ,

Defendant.

------------------------------------------------------------------X

21-CR-578 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 10, 2026, Mr. Hernandez moved for early termination of his supervised release pursuant to 18 U.S.C. § 3583(e)(1);

WHEREAS the Court set a July 31, 2026, deadline for Probation to provide its position on Mr. Hernandez's request;

WHEREAS Probation provided no position by the deadline; and

WHEREAS the Court was notified that Probation had not received notice of the deadline.

IT IS HEREBY ORDERED that Probation must provide its position **no later than Friday, August 14, 2026**.

**SO ORDERED.**

**Date: August 3, 2026**
**New York, NY**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**